**The People of the State of Illinois ex rel. Alex Kieferstein, appellant, v. Fred V. Maguire et al., appellees. Gen. No. 34,010.**

Opinion filed May 29, 1930.

John J. Sonsteby, for appellant. Cornelius J. Harrington, for appellee Berthold A. Cronson. Charles Center Case, for certain other appellees; Edward C. Higgins, Assistant Corporation Counsel and Cornelius J. Harrington, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.